# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

JAMMIE FEATHERSTONE,

     Plaintiff,

v.                               CASE NO. 3:17cv837-MCR-HTC

AT&T, et al.,

     Defendants.

_____/

## O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated September 24, 2019. ECF No. 28. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.    Defendants AT&T, DirectTV, iQor, Kayleigh White, Stephanie Miller, and Missy Dalrymple's Motion to Dismiss, ECF No. 25, is GRANTED in part and DENIED in part.

3.    Counts 1 and 2 set forth in Plaintiff's second amended complaint, ECF No. 10, are DISMISSED as to all Defendants.

4.    Count 3 is DISMISSED as to all Defendants except Defendant AT&T.

5.    Defendant AT&T shall, within fourteen (14) days, answer the second amended complaint.

6.    The clerk shall terminate all Defendants except for Defendant AT&T.

**DONE AND ORDERED** this 24th day of October 2019.


s/ *M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**