UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JAMMIE FEATHERSTONE,

    Plaintiff,

v.        CASE NO.  3:17cv837-MCR-HTC

AT&T,

    Defendant.
                                        /

## O R D E R

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated June 1, 2020.  ECF No. 52.  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.	Defendant's Motion for Sanctions, ECF No. 49, is **GRANTED** to the extent set forth in the Report and Recommendation.

3.	This action is **DISMISSED with prejudice** for Plaintiff's failure to participate in any discovery, failure to prosecute, and failure to comply with numerous orders of the Court.

4.	The clerk of the court is directed to close the case file.

**DONE AND ORDERED** this 30th day of June 2020.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**